# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEWEL RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY MALVO, et al.,<br><br>　　　　Defendants. | Case No. 5:19-cv-05144 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Jeffrey S. White to determine whether it is related to 4:17-cv-04111 JSW, *Terry D. Malvo v. James Matthis, et al.*

IT IS SO ORDERED.

Date: August 20, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 19-cv-05144 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES